NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 29703

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
CHESTER PACQUING, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-0556)

ORDER DENYING DEFENDANT-APPELLEE MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon review of Defendant-Appellee's Motion to Reconsider the ICA Order Granting State of Hawai'i's Motion to Supplement Record on Appeal with Transcript (Motion for Reconsideration) filed on June 10, 2010, it appears that the Motion for Reconsideration seeks a reconsideration of the approval of the State of Hawai'i's Motion to Supplement Record (Motion to Supplement) filed on May 27, 2010. The deadline to file a motion for reconsideration from the May 27, 2010 ruling approving the Motion to Supplement was ten days from the date of the ruling and expired on June 7, 2010. Hawai'i Rules of Appellate Procedure (HRAP) Rule 40(a). The Motion for Reconsideration was not timely filed.

Accordingly, IT IS HEREBY ORDERED that Defendant-Appellee's Motion to Reconsider the ICA Order Granting State of Hawai'i's Motion to Supplement Record on Appeal with Transcript filed on June 10, 2010 is denied.

DATED: Honolulu, Hawai'i, June 21, 2010.

Chief Judge

Associate Judge

Associate Judge